Court Ex # 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERROD DRUMGOOLE,

                     Plaintiff,

– against –

P.O. JASON SANTANA,

                     Defendant.

**VERDICT SHEET**

14-CV-1918 (ERK)

### Excessive Force: Liability

Do you unanimously find that Plaintiff has proved by a preponderance of the evidence:

1. That the Defendant, Jason Santana, used excessive force in arresting Plaintiff?

    YES_____           (NO) ✓

    *(If you answer "yes," proceed to the remainder of the questions. If you answer "no," you have completed your deliberations.)*

2. That the Defendant's acts were the proximate or legal cause of the injuries sustained by Plaintiff?

    YES_____           NO_____

3. That Plaintiff did not resist arrest by failing to comply with the Defendant's request that he allow his wrists to be handcuffed?

    YES_____           NO_____

1

## Damages

4. State the amount of compensatory damages, if any, Plaintiff has proven on his excessive force claim:

   _____

5. If you find that Plaintiff has not proven any compensatory damages on his excessive force claim, you must award nominal damages of an amount not to exceed one dollar:

   _____

6. State the amount of punitive damages, if any, you award on the excessive force claim:

   _____

*Elijah Daniels*
Elyah Daniels
Foreperson:
(*Please print name under signature*)

1/26/16
Date